Steve Sommers, appellee, v. Victory Wet Wash Laundry Company, appellant. Gen. No. 30,950.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first

district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Alfred Roy Hulbert, for appellant. Finn & Miller, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.